UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JANELLE EDWARDS,

                     Plaintiffs,                        **ORDER**
                                                            CV 05-2735 (TCP) (ARL)

        -against-

CENTER MORICHES UNION FREE SCHOOL
DISTRICT, et al.,

                     Defendants.
-----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendants' March 23, 2007 letter requesting that the court compel the plaintiff to respond to their outstanding discovery demands. Plaintiff opposes the application by letter dated March 30, 2007. Plaintiffs state that the delay in providing their responses to defendants' discovery demands is due to the fact that the associate assigned to this case recently resigned from the firm. Plaintiffs represent that their responses will be provided within two weeks and that defense counsel consents to this time frame. Accordingly, the plaintiffs shall provide responses to the defendants' discovery demands by **April 16, 2007**.

Dated: Central Islip, New York           **SO ORDERED:**
       April 2, 2007


                                              _____/s/_____
                                              ARLENE ROSARIO LINDSAY
                                              United States Magistrate Judge