UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JANELLE EDWARDS, et al.,

                       Plaintiffs,            **ORDER**
                                                             CV 05-2735 (TCP) (ARL)

      -against-

CENTER MORICHES UNION FREE SCHOOL
DISTRICT, et al.,

                       Defendants.
-------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is defendant Center Moriches Teachers Association's ("CMTA") August 1, 2007 letter requesting that the court compel the plaintiffs to respond to their outstanding discovery demands. According to the CMTA, the demands were served on April 3, 2007 and plaintiffs' response was due on May 3, 2007. Having received no response, by letter dated June 14, 2007, CMTA requested that plaintiffs provide an immediate response. According to CMTA, plaintiffs did not respond and, nearly two months later, this application followed.

      Plaintiffs respond to the letter application by letter dated August 9, 2007. While plaintiffs acknowledge their delay, they object to the interrogatories as exceeding Rule 33's limit and alternatively request an additional three weeks to respond.

      Plaintiffs' objection based on Rule 33 is overruled given the extensive delay in responding. Plaintiffs' responses are due by August 31, 2007.

Dated: Central Islip, New York                 **SO ORDERED:**
        August 10, 2007

                                                          _____/s/_____
                                                         ARLENE ROSARIO LINDSAY
                                                         United States Magistrate Judge