```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JANELLE EDWARDS, et al.,
```

                              Plaintiffs,                        **ORDER**
                                                                     CV 05-2735 (TCP) (ARL)

     -against-

```
CENTER MORICHES UNION FREE SCHOOL
DISTRICT, et al.,
```

                              Defendants.
-------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      By letter dated August 9, 2007, defendant Harry B. Wallace moves to compel responses to his First Set of Interrogatories and Request for the Production of Documents. According to defendant, the discovery demands were served on April 2, 2007 and plaintiffs' response was due on May 2, 2007. Having received no response, by letter dated May 10, 2007, defense counsel requested that plaintiffs' counsel contact him immediately. According to defendant, plaintiffs did not respond and, nearly three months later, this application followed.

      Plaintiffs respond to the letter application by letter dated August 21, 2007. While plaintiffs acknowledge their delay, they request an additional three weeks to respond. The motion to compel is granted. Plaintiffs' responses are due by **September 11, 2007.**

Dated: Central Islip, New York                   **SO ORDERED:**
        August 23, 2007

                                                          _____/s/_____
                                                           ARLENE ROSARIO LINDSAY
                                                           United States Magistrate Judge