UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JANELLE EDWARDS, et al.,

               Plaintiffs,             **ORDER**
                                     CV 05-2735 (RRM) (ARL)

      -against-

CENTER MORICHES UNION FREE SCHOOL
DISTRICT, et al.,

              Defendants.
-------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court are the defendants' letters dated April 2, 2008 apprising the court that despite plaintiffs' counsel's representation to the contrary, they did not consent to the plaintiffs' March 28th letter motion to extend the discovery deadline. The undersigned granted that application by Order dated March 31, 2008 in reliance on plaintiffs' counsel's representations that "the parties have conferred and write to respectfully request no less than ninety (90) day extension" and that "we have consulted with the several counsel for the defendants and they do not oppose this application."

      Given the lack of agreement, the court hereby amends its March 31st order. The discovery deadline (fact and expert discovery) is extended only through **May 16, 2008**. This extension is marked final. Any party seeking to make a dispositive motion shall take the first step in the motion process by May 30, 2008. The parties are referred to the individual practices of District Judge Mauskopf in this regard. The final conference before the undersigned is adjourned to **June 26, 2008 at 11:30 a.m.** The parties shall electronically file their proposed joint pretrial order in advance of the final conference.

Dated: Central Islip, New York         **SO ORDERED:**
       April 3, 2008


                                      _____/s/_____
                                      ARLENE ROSARIO LINDSAY
                                      United States Magistrate Judge