UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JANELLE EDWARDS, et al.,

                Plaintiffs,          **ORDER**
                                                              CV 05-2735 (RRM) (ARL)

    -against-

CENTER MORICHES UNION FREE SCHOOL
DISTRICT, et al.,

                Defendants.
-------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

        By letters dated April 2, 2008, defendants apprised this court that they did not consent to the plaintiff March 28th letter motion to extend the discovery deadline by 90 days. As a result, the undersigned amended the March 31st order that granted plaintiffs' request and extended the discovery deadline only through May 16, 2008. Presently before the court are defendants' letters, dated April 4 and 7, 2008 advising that completion of discovery by May 14th will be "difficult" and "problematic" and thus request the 90-day extension that was originally sought by the plaintiffs.

        Although the court is troubled that three orders have been required for a routine scheduling matter, the application is granted. All discovery (fact and expert) shall be completed by July 1, 2008. This extension is marked final. Any party seeking to make a dispositive motion shall take the first step in the motion process by July 15, 2008. The parties are referred to the individual practices of District Judge Mauskopf in this regard. The final conference before the undersigned is adjourned to **August 19, 2008 at 11:00 a.m.** The parties shall electronically file their proposed joint pretrial order in advance of the final conference.

Dated: Central Islip, New York                           **SO ORDERED:**
       April 9, 2008

                                                              _____/s/_____
                                                              ARLENE ROSARIO LINDSAY
                                                              United States Magistrate Judge